**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rodger Jack DEPUTE, Defendant–Appellant.**

**No. 15-11094 Conference Calendar**

United States Court of Appeals, Fifth Circuit.

Filed August 16, 2016

James Wesley Hendrix, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, Michael Arthur Lehmann, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Rodger Jack DePute raises an argument that is foreclosed by *United States v. Groce*, 784 F.3d 291, 294–95 (5th Cir. 2015), in which we held that the knowing use of peer-to-peer file sharing software triggers application of the distribution enhancement under U.S.S.G. § 2G2.2(b)(3)(B). Accordingly, the motion for summary affirmance is GRANTED,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.